January 24, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CITY OF HOUSTON, Appellant

NO. 14-11-00903-CV                    V.

YOUNG SONG AND GINGER SONG D/B/A WHEELBURGER, GENE
NAZLANKIN D/B/A SILBER ROAD AUTO AND WORLD CATERING, INC.,
Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Young Song and Ginger Song d/b/a WheelBurger, Gene Nazlankin d/b/a Silber Road Auto and World Catering, Inc., signed October 4, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing appellees' claims against appellant for want of jurisdiction.

We order appellees, Young Song and Ginger Song d/b/a WheelBurger, Gene Nazlankin d/b/a Silber Road Auto and World Catering, Inc., to pay all costs incurred in this appeal. We further order this decision certified below for observance.